No. 79–6056.   DE FAZIO v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 79–6061.   WIDEMON v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 79–6066.   FRIEDMAN v. FAIRHILL HOSPITAL ET AL. Sup. Ct. Ohio.   Certiorari denied.

No. 79–6078.   WHITNEY v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–6086.   GAMEZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 79–6088.   PROSAK v. BOEING CO. ET AL.   C. A. 3d Cir. Certiorari denied.

No. 79–6096.   BUSH v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 79–6104.   FRYE ET AL. v. UNITED STATES.   C. A. D. C. Cir.   Certiorari   denied.

No. 79–6107.   JOSEPH v. GOVERNMENT OF THE VIRGIN IS- LANDS.   C. A. 3d Cir.   Certiorari denied.

No. 79–6109.   WILLIAMS v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 79–6112.   WILLIAMS v. DUCKWORTH, WARDEN.   Sup. Ct. Ind.   Certiorari denied.

No. 79–697.   ENCYCLOPAEDIA BRITANNICA, INC., ET AL. v. FEDERAL TRADE COMMISSION.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE BLACKMUN would grant certiorari.